

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00114-CR

| | | |
|---|---|---|
| Mannix Lasilmon Todd | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1230900D) |
| v. | § | April 11, 2013 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By_____
Chief Justice Terrie Livingston